# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>APNA INVESTMENTS GROUP LLC, and MAHADEV INC., individually<br><br>Defendants. | Cause No. 2:21-cv-083<br><br>NOTICE OF SETTLEMENT |

Pursuant to Section V of this Court's Standing Order for All Civil Cases, the plaintiff, by through counsel of record, hereby advise the Court that the parties to the above-referenced matter have reached an agreement in principle resolving all matters at issue. As the Defendant has not officially appeared in this matter, the Plaintiff will be filing a voluntary dismissal Motion within thirty (30) days of this Notice of Settlement.

Notice of Settlement    Page | - 1 -                                        Enabled Law Group
                                                                              P.O. Box 4523
                                                                              Missoula, MT 59806
                                                                              (406) 493-1084

1    DATED this 27 May 2021.

Respectfully submitted,

*/s/ M. William Judnich*

M. William Judnich
WSBA #56087
Enabled Law Group
P.O. Box 4523
Missoula, Montana 59806
Telephone: 406-493-1084
Email: MJ@Enabledlawgroup.com