UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT KESSLER,<br><br>    Plaintiff,<br><br>v.<br><br>APNA INVESTMENTS GROUP LLC, et al.,<br><br>    Defendants. | Case No. C21-83 TLF<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on plaintiff's voluntary motion to dismiss with prejudice, as a result of the parties' settlement. Dkt. 17.

It is hereby ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

Dated this 9th day of June, 2021.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER OF DISMISSAL - 1